**Exhibit A to the Complaint**

**Location:** Lowell, MA  
**Total Works Infringed:** 74

**IP Address:** 24.61.5.7  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 73DA52860B8FC6BE9A0948D96A204DA28D75A661<br>File Hash:<br>3F679017145B66BBD0CAAE60CC800A23C10219C05B5DDAD34EB8F3EBF5AD675E | 02/13/2024 12:01:46 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 2 | Info Hash: 7C64A924DFACD01462DB7C9EC6B4F366D816A272<br>File Hash:<br>37CCB1D5B2CD079E1D4899E24330638D743FCB8F45D81DD7EB96AA8B7CE8B669 | 02/13/2024 12:00:03 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 3 | Info Hash: 0DD16242DB181440C7967CBEAD12F7BBED3A36AE<br>File Hash:<br>A7B266259382664ABAC78236ED8E1F4BF31F6E9F0033B1D97094331145D79776 | 02/13/2024 11:59:49 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 4 | Info Hash: 7A98C89ED86575E43686905FAD7FFA0EC98BD83A<br>File Hash:<br>1C68F3FF47648D3ADFE37FE9A216BE1866F4FB324755688B6460BF0E27A29C62 | 02/13/2024 11:59:48 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 5 | Info Hash: E464831932D134AD0708A3F648070E64B6FD0822<br>File Hash:<br>0EFAB84FF9D8DE34B1D06FF5FA2FDDD37F51958377B46832EC922964CB090BF9 | 02/13/2024 11:59:13 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 6 | Info Hash: 29A8F5574E95B70E6013548D83E7CC2B05C574C5<br>File Hash:<br>F76DB04753EAF30A67246C0909EA91558155A0144247D81A9CB11A72408FC33F | 02/13/2024 11:57:43 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 7 | Info Hash: FB29062E75EA3DCDD108B2ACBF24F55C3374EE57<br>File Hash:<br>B36EBE60FFC72315701F031FF6D2AA167122839A9C7F23F51AE0B6AC60DF80BE | 02/13/2024 11:57:13 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 8 | Info Hash: 084A24CCA74CA9FA004F2C2C771EBFF16058D18D<br>File Hash:<br>E882C375A1616AB619DD8AE6DF80F02A6B6D3C775F99C52050282B4BA53A0CBC | 02/13/2024 11:55:54 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 9 | Info Hash: 296CEAB3FD3B0D95F993CCFCC1B60232C09FF68C<br>File Hash:<br>8B2865B53847E5735AAE178D604BC3B7AFE9D24146704659E451185F919233C8 | 02/13/2024 11:55:47 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 10 | Info Hash: 8F0D645A4E467F33C0C50898172B7C703E9DD93D<br>File Hash:<br>1C3B5635217F05EAC3D317D29E4903E2FF3BD795E24C160E79062321EC9AB063 | 02/13/2024 11:55:37 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 11 | Info Hash: 62D5572C067EDA581F9D7CC022613390DEBB561E<br>File Hash:<br>5A322EA5C00A9C77C59EAA83566991742A63CA2D9B38369F2740EF4EAD39F54F | 02/13/2024 11:55:20 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 9EC5C5D8F1780FEE89EE8DABC1BE478872BB11A5<br>File Hash: CE348713E970A4F6889B21C7E57CB9E708A3AEB9B611D7C35E519BD2858F329A | 02/13/2024 11:55:13 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 13 | Info Hash: 57DEC4B7992D53D46BE6BDC771E872C1E05583CC<br>File Hash: 1D249208BB8A1BAD2BE8BFD8ECFB187ECCBEC350BD22797149350DAAB46BA016 | 02/13/2024 11:55:05 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 14 | Info Hash: 1EF7A7414123A84F23442FDD172DB7A4945C1C4C<br>File Hash: 661AC86D916FD6A930018B5A9C8B60B14ACE839ED9786F94E046709969E5E6EF | 12/23/2023 08:34:06 | TushyRaw | 12/13/2023 | 01/16/2024 | PA0002449498 |
| 15 | Info Hash: 85E5AE685981C5BED4E73A49E1185912284CE4EB<br>File Hash: ABB5E382D38928723839F4BD7B345A03E67A0C885C4E5BF4B4C3DD5AC6885AA1 | 12/23/2023 08:33:56 | TushyRaw | 11/22/2023 | 12/13/2023 | PA0002445429 |
| 16 | Info Hash: 0D8A25293E63F2C973DE5ECEB945D7AB4FACA6A5<br>File Hash: 0B9058AA7DD3D8AEA6AAC593407E27CE1A74BA3EDB7F2FC757ACE73FBFA44707 | 12/23/2023 08:33:54 | TushyRaw | 11/29/2023 | 12/13/2023 | PA0002445424 |
| 17 | Info Hash: CAC70C4C3249F3A9D6E492152F01B8B17A45EF41<br>File Hash: 78B713CCB2CA612E8EFA1D57616508E8253A6E5AE5BACC4BD903CE53B791B9B4 | 12/23/2023 08:33:33 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 18 | Info Hash: 7F2799D371FAB020761EDB1AED08B3F05AD0765C<br>File Hash: 39EA0CB20E3ED6C228B2ED451B17263F26828AD30AEE6D0305DC5BED9133F06E | 12/23/2023 08:30:17 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 19 | Info Hash: 2DFC524A00D33855EE295C15804EA5D18C92B522<br>File Hash: 10949CAA714DB3CC7164F447B82DD1D749A261FC8689BEABE9C8D12BF7B3AF8A | 12/23/2023 08:28:20 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 20 | Info Hash: C55042B7400A68E7825A3E360952ED7ACBB92D5B<br>File Hash: C6E55E9BC3FC04D9739CC0E00B73CC166B6249BFF6C533AAF9E2D1C65A602CE8 | 12/23/2023 08:28:05 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |
| 21 | Info Hash: B4612AD0CC82CC5476A12F45ABEFA1254CC2D56B<br>File Hash: 319D0859D6489629432FD7B63D7CA48D6C1B351843ED7DEEC8C662567758A424 | 12/23/2023 08:28:04 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 22 | Info Hash: 73D6125AA4A1B5B4F221CB3DD5CAAF33B6BC9368<br>File Hash: 46F3FE8BFFC4DD221CAD0B5B320C2D472FA9E29F424D070100EEB9C7B373E4BE | 12/23/2023 08:27:58 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 23 | Info Hash: 8FA49906CA0064DAB48C00DC3A4BC1BB5777F5EC<br>File Hash: D4F4718918EE4AFB7B52857CD616D4B72FC145983819F43BAD6B3877B879F24C | 12/23/2023 08:27:46 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3301F19621C5B30F59962EC6E2706AE6E4AC4138<br>File Hash:<br>08DBD67A6638C184A34B2C956A764EB43AE293CD92AEE0B98AB4425C19811C8F | 12/23/2023<br>08:26:34 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 25 | Info Hash: 5F1C6E9BC2CECE66C644D8D6E8F7FD1EF31151A9<br>File Hash:<br>1568A3380B7319B7156D3BCE812AF509597523A0568037CAFC175FB4E9D9A0A5 | 12/07/2023<br>05:59:38 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |
| 26 | Info Hash: 46C7B7829EA210918BA0017BB561255BB33CF173<br>File Hash:<br>A43DBC3C8CB9202D6EF4CBF6E2B693F61F97BD422CE6B147AE4C912B6E6A881D | 12/07/2023<br>05:42:14 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 27 | Info Hash: 665AB059BA65DDB82040CEB98A83B8BCED372A4C<br>File Hash:<br>33426FFA7BACA6169D3C17B75E83C7F65AF84AEE693F1DFF51FDA25B6EE0E659 | 12/05/2023<br>04:47:32 | Tushy | 07/24/2022 | 08/29/2022 | PA0002367746 |
| 28 | Info Hash: 77CE14821778B8CF4617281B5D70AE0C2522ED95<br>File Hash:<br>8A13A4F53614F9BE2469E8CBA201F6FB39FFBE1BE23677A85BD7E729CDD5F067 | 12/04/2023<br>13:28:31 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 29 | Info Hash: 364D65C8F7726A10E880CA7B43352A55565925EE<br>File Hash:<br>430D25FA4D99731B4873B2410A260C6CE4DEDBFBCD1EC35E21A03EA3FA4CB23E | 12/04/2023<br>13:27:37 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 30 | Info Hash: 38CFB6906635D535E5D9C9A14158EE2AE03E1126<br>File Hash:<br>D80BDD2C09FF9461F8E93986E01E17B2329F2ED4EFCC33F92B793859B9F023F5 | 12/04/2023<br>13:26:17 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |
| 31 | Info Hash: 9DDE856F141CDA6C169D88B00B557142933B3ED7<br>File Hash:<br>D2888B343A905821B2C53457EA783A24360DDB22B6E0AC7FED2731203753C3AA | 12/04/2023<br>13:25:56 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 32 | Info Hash: 5CB9AE4EED62FFA3D982F4827667A875D73AAF72<br>File Hash:<br>7522A9EA51775BCFEB9FA4A8CE3FEAFBC6A0B3D4D2ED5665F10DBBF6B3495FED | 11/27/2023<br>03:21:50 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 33 | Info Hash: 86424EE8D181B4E2792DB07224D7E9B9B41E21E1<br>File Hash:<br>F20848591B319F30E72B370873148FC9D2FAC25CC770BE17DDD30CD033F69B01 | 11/27/2023<br>03:21:48 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 34 | Info Hash: 831BAC7DD5D692CB87DBF0683D9A65CDC2183A86<br>File Hash:<br>E208E24DAF0D879AC3EABFBFAF5EEF682276A9A6C709DC20F5A5506B19C35492 | 11/27/2023<br>03:21:48 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 35 | Info Hash: 0B18819A182660AFCC831CC5B2F47353BE6D1E7A<br>File Hash:<br>09C6D1C19B7D02633BA982E9577BFBAEE7E4CF801BF849F58128C1CE115FF317 | 11/19/2023<br>19:37:13 | Tushy | 10/01/2023 | 10/18/2023 | PA0002435349 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D2C5EC34F6C2ED3B70A1B01ED1BA363F7AAFE238<br>File Hash: DAC22A821136789330740DE7747235FFAEE13E524DF137F3A1FAA5A83861A37F | 11/19/2023 19:35:46 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |
| 37 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 11/19/2023 19:34:43 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 38 | Info Hash: 2ED1A96F7829431F1D96731B80C610F70E313359<br>File Hash: BE5F0CB48C55C8A8A1D5D30B965F8AACE56664852498817598BB757DB2300205 | 11/19/2023 19:28:05 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 39 | Info Hash: 5AB441C1CDE24DEE2A05CEA4F8D0F5226BF8435A<br>File Hash: EAA14A1CE41B2D6A44E44B9AAE749FE1A58EBC158D572642594F30CB9CED8B0D | 11/19/2023 19:27:58 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 40 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash: 654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 11/19/2023 19:27:51 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 41 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash: 5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 11/14/2023 04:13:52 | Blacked Raw | 10/11/2022 | 10/31/2022 | PA0002377831 |
| 42 | Info Hash: 70CF6756C8318E2D8300A38CE4D54CA041788A01<br>File Hash: 069B1220944D98FB580C2AA9CA757D6A853B83C4DBC37A801CDEDD9D567CA37E | 11/13/2023 18:03:10 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |
| 43 | Info Hash: 8AFB7E0DE625A2E37049A7BC1A132E9F249A61F7<br>File Hash: 0E15474A04C6A1B0AA4778BBD73756A02616EE2DCCAE8696A1685766C90E2944 | 11/13/2023 18:00:00 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 44 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash: 72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 11/13/2023 17:56:18 | Vixen | 09/09/2022 | 10/05/2022 | PA0002373766 |
| 45 | Info Hash: AF97B18C27DFC7BEC1A9C0D77119C0361A753794<br>File Hash: 0DA28E11BADD08C654FB77D9148A50EE9289E26731869ADD58CE268EDD9FD1B3 | 11/13/2023 11:38:12 | Vixen | 06/16/2023 | 07/13/2023 | PA0002420352 |
| 46 | Info Hash: 677F8707DBCE02AAF8615B7675703C68B74375B2<br>File Hash: F99690C46146A04890C3C77277A19B20D03C814AF12000C32AFBCC114EB2C37E | 11/13/2023 03:27:41 | Blacked | 04/01/2023 | 04/07/2023 | PA0002405761 |
| 47 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash: B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 11/13/2023 03:26:09 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: F9716007E6CAD9686EBFE6FA156C9BD41FB499E8<br>File Hash:<br>31989ED7703D726A62E91E82BD527992F98DFD0B6384B0A3D18816BD798C6FFE | 11/13/2023<br>03:07:42 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 49 | Info Hash: E487AEAF023F000FA0480422191EA7DFF77E00FB<br>File Hash:<br>AEDD21CC7A3E4701C1F3B23E0A5882C51BC45309D48DD1CD664C8F846FD123BC | 11/12/2023<br>23:56:01 | Vixen | 01/28/2022 | 03/04/2022 | PA0002345791 |
| 50 | Info Hash: F35DA437B5114EF0F55BDDA9E74036F0A54DE5D5<br>File Hash:<br>17E30C520FAA8E825516F4033EAEA265B26CA3E557D67B7D9E6DC24706CACFEA | 11/12/2023<br>12:04:31 | Tushy | 08/20/2023 | 09/18/2023 | PA0002430899 |
| 51 | Info Hash: 30F7B95E01F994DF509E09D072F0E4A3BD392D5A<br>File Hash:<br>622EA6656F543CFFA33B2B096B988726880C404D409DE6267498E41EB66B2D3C | 11/10/2023<br>14:09:41 | Tushy | 11/05/2023 | 11/13/2023 | PA0002439640 |
| 52 | Info Hash: 28EACA5FB9E36D62EB2455CA72D35D048F4C73D6<br>File Hash:<br>5AF829CEA69C706A71DD55024B4FDD6EA2054FE57FCF8AE483561253DB771029 | 11/10/2023<br>14:06:55 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 53 | Info Hash: A0B36F8E469EC4523E1A0F9D594566FFA268A904<br>File Hash:<br>C16D19EA6DA546D9966ACC23A2E739312F03C269790B06271DD2715981A9B19D | 11/10/2023<br>14:03:51 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 54 | Info Hash: 02FE3E6F14E26EE0DC2A82A9C1CB0C9F7BDE4109<br>File Hash:<br>776055C8C3C457A82160DBBE1DE43E838DE08ACD5985DB4FF4EE52563399BD66 | 11/10/2023<br>14:02:33 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 55 | Info Hash: 621093440F5C9FFB52B20F99F8883F3ECF4F5DFC<br>File Hash:<br>F13E3B01EA954463D5E94F2F89DE303DF3F203675D5D4DDB425E54F9F3AD4B05 | 11/10/2023<br>12:59:00 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 56 | Info Hash: 4DD1AA47FB6A61C8890FF81441AEEC1FFC2EB642<br>File Hash:<br>BA54B8170D0D2DFE85F4042079990ADF1BF861F8F34E65D4760A2C09B2DB160C | 11/10/2023<br>12:07:15 | TushyRaw | 09/13/2023 | 10/18/2023 | PA0002435599 |
| 57 | Info Hash: 6804E926F55D958B94CEB0B0DEE34B91ECBC2097<br>File Hash:<br>C4FECD640935D35E2C823B59EDFEDBB3B4319F5A8CEFB41279E5F565D96120B1 | 11/10/2023<br>12:02:50 | Tushy | 10/15/2023 | 11/13/2023 | PA0002439634 |
| 58 | Info Hash: 77663D1F0D782A76233EE0B8C2932EEFEB5DACED<br>File Hash:<br>145938DF2605992F0D68C0102B9A1EEA62E6B87E6AF3EA372E8C968674EBDE2E | 11/10/2023<br>11:39:04 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 59 | Info Hash: A9B3B91FFBA4A24039320F64469042E56D91682F<br>File Hash:<br>AA5B0F8119C7BA80A440A5322EB6AFE91298936B97116687CC17BEE29A20AC4B | 11/10/2023<br>11:34:33 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: E0C6D2A747BB75226981B1655C31CD8A0082E1BF<br>File Hash: 7545BFD1645707595BE8DDB5949904B135C6411CBAB25F727F85CE61CF90B4B7 | 11/10/2023 11:30:23 | Tushy | 10/22/2023 | 12/05/2023 | PA0002443588 |
| 61 | Info Hash: 9EC732011F215FD95187FAC85E51723BABF4471F<br>File Hash: DCC48FE6CDB3EC7D46FBD46E536C18B5FF021D7997B20A573024E6B8037E4774 | 11/10/2023 11:29:59 | Vixen | 11/03/2023 | 11/14/2023 | PA0002439696 |
| 62 | Info Hash: 35CEA93986AB0F8BB9A15C477AD05276FFD2778E<br>File Hash: D1CA43D5C366A6CB69B9D72846C6A615C8EA0B625C1E1F230038027996A79A94 | 11/10/2023 11:29:19 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |
| 63 | Info Hash: 791E40B5FA18233F6190F080CCD8DE742C73E299<br>File Hash: 1642C04BADB4BD27AA5FF5FD72B1ABCFBC8C03E491BAC0256DCF49D98E8521A9 | 11/10/2023 11:29:16 | TushyRaw | 09/06/2023 | 09/18/2023 | PA0002430907 |
| 64 | Info Hash: F963770DC9BEC0F09DFF1E10A25B4C89E91DE676<br>File Hash: E337B4BE6EB8B8EEFFF2E8D24A8FDB3905EB2AFEB9B942DF69464C8C42428467 | 11/10/2023 11:29:04 | TushyRaw | 11/01/2023 | 11/14/2023 | PA0002439668 |
| 65 | Info Hash: DC66C48DB4FBD78994626C9EC10883B5C3B79357<br>File Hash: 1AF2E582CD162D21C80F9AC01B525008C363E02E23C22F0AA1F7459D25809FB5 | 11/10/2023 11:29:02 | TushyRaw | 10/25/2023 | 11/14/2023 | PA0002439667 |
| 66 | Info Hash: CCB7C21D34C504B56D0FECAA7C4E32ECF21890E4<br>File Hash: 316B444953A4EE2B7987ADABA60A3B4EC37B528A6FB4FFB47A609EC9D96386C2 | 11/03/2023 03:30:32 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 67 | Info Hash: 903820EE12C1795C326E3BF470531DCCDF121533<br>File Hash: 1C9D972B18E396E5DAC1A38B784CC88875866421A15D148B02B4CC8D3F711F1E | 11/03/2023 03:27:33 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 68 | Info Hash: 6CFEF4ABA839FE686D298225213B1A551771F81C<br>File Hash: DF9305F5D08D98A2009E563A39A02972AEB32A1D06ECE42B630DB6DAEB99558C | 11/03/2023 03:27:07 | Blacked | 10/14/2023 | 11/13/2023 | PA0002439573 |
| 69 | Info Hash: 619BA6C6BE0D0A0CDD2EE25C8430414455D0D1A3<br>File Hash: BDC8F88951B885941180C0E4815AB2A7BE5FD73CCEC9AB3707D3874CB9FFD5C8 | 11/03/2023 03:26:59 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 70 | Info Hash: 7C53E060E53F93B3CF007E1B8F600AF9CDD894C5<br>File Hash: 0D7425E4EBE8D625F9063AEC6C6ECD93EA40A765E1B2E3F4A792FE8298605E00 | 11/03/2023 03:26:26 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |
| 71 | Info Hash: ABFC2EB108FE49907C02B4FFA57A5A387131FD35<br>File Hash: EE97D8C1D600D1779202054774DC13428C2B7F8C9BE66232A7A244D819AD6703 | 11/03/2023 03:26:17 | Blacked Raw | 10/16/2023 | 11/13/2023 | PA0002439580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 314FF6C696E3181498DE5BC4B27AF2DB37C8B6B0<br>File Hash: 5C08A5FDA3794D61893064A5829A3B561D413F5ABA91FC6FF5A24F18C0C1D2B2 | 11/03/2023 03:26:17 | Blacked Raw | 10/23/2023 | 11/13/2023 | PA0002439616 |
| 73 | Info Hash: 2902F98738BF8FC5CBBB5126313DFB164211D2C5<br>File Hash: FFC48A91BC6FC4A21B6CE51784E38A2A2885F561C8AE619F9BEBBA525F3F3DDF | 11/03/2023 03:26:09 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 74 | Info Hash: AAE6DFD1F4DFDF85A17FAD43DFEAA8F819974819<br>File Hash: C71EAAD90D21A73D6913D0022769B9347C8D4D314362B7A5D1F257EBBE4CC572 | 11/03/2023 03:26:03 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |