**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE infringer using IP address 24.61.5.7, <br><br> Defendant. | Civil Action No. 1:24-cv-10477-LTS |

**PROPOSED ORDER ON PLAINTIFF'S MOTION TO IMPOUND UNREDACTED VERSIONS OF ITS FIRST AMENDED COMPLAINT, PROPOSED SUMMONS AND RETURN OF SERVICE**

THIS CAUSE came before the Court upon Plaintiff's Motion to Impound Unredacted Versions of its First Amended Complaint, Proposed Summons, and Return of Service, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff may file unredacted versions of its First Amended Complaint, proposed summons, and return of service which shall remain impounded until further order of the Court.

SO ORDERED this _____ day of _____, 202\_\_.

_____
**UNITED STATES DISTRICT JUDGE**