**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 24.61.5.7, <br><br> Defendant. | Civil Action No. 1:24-cv-10477-LTS |

**DECLARATION OF JACQUELINE M. JAMES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF CLERKS DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

I, Jacqueline M. James, declare as follows:

1. I am over the age of 18 and am otherwise competent to make this declaration. I am an attorney duly licensed and authorized to practice in the State of Massachusetts and I am counsel for Plaintiff Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff") in the above-titled action.

2. I make this Declaration in Support of Plaintiff's Motion for Entry of Clerk's Default pursuant to Fed. R. Civ. P. 55(a). I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. I have been informed by our process server that on August 15, 2024, Defendant, [REDACTED], was served with a copy of the Summons and First Amended Complaint.

4. More than twenty-one (21) days have elapsed since the Defendant, [REDACTED], was served.

5. Defendant, [REDACTED], has failed to plead or otherwise defend Plaintiff's claims.

6. Defendant, [REDACTED], on information and belief, is not on active duty in the U.S. Military.

7. Defendant, [REDACTED], on information and belief, is not a minor or an otherwise incompetent person.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this September 19, 2024

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq