UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE infringer using IP address 24.61.5.7,

    Defendant.

Civil Action No. 1:23-cv-10477-LTS

**[PROPOSED] DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)**

**Sorokin, D.J.**

Defendant ▮▮▮▮▮▮ having failed to plead or otherwise defend in this action and his default having been entered.

Now, upon application of plaintiff Strike 3 Holdings, LLC and affidavits demonstrating that defendant owes Plaintiff the sum of $55,500, that Defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $0.00.

It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff recover from defendant ▮▮▮▮▮▮ the principal amount of $55,500, with no costs or pre-judgment interest requested by Plaintiff, for a total judgment of $55,500 with any post judgment interest as provided by law.

                By the Court,

By: _____
**Deputy Clerk**