## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Dan Unacha<br><br>      Defendant. | Civil Action No. 1:24-cv-10477-LTS |

**DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)** <u>**Sorokin, D.J.**</u>

Defendant Dan Unacha having failed to plead or otherwise defend in this action and his default having been entered.

Now, upon application of plaintiff Strike 3 Holdings, LLC and affidavits demonstrating that defendant owes Plaintiff the sum of $55,500, that Defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $0.00.

It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff recover from defendant Dan Unacha the principal amount of $55,500, with no costs or pre-judgment interest requested by Plaintiff, for a total judgment of $55,500 with any post judgment interest as provided by law.

                By the Court,

                By:   /s/ Melonie Cooke
                            **Deputy Clerk**